# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LON BIASCO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Defendants. | CASE NO. C22-518RSL<br><br>ORDER OF REFERENCE<br>Supervision of All Pretrial Proceedings in Civil Case |

The Court hereby refers all pretrial proceedings in this case to United States Magistrate Judge Michelle L. Peterson, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4. The Magistrate Judge shall:

　　(a)　consider and take appropriate action upon any and all motions currently pending, and any other motions filed prior to trial;

　　(b)　supervise the completion of discovery;

　　(c)　supervise the preparation of a pretrial order; and

　　(d)　consider and act upon such other matters as might arise in the pretrial phases of this case.

Review of actions by the Magistrate Judge shall be in accordance with the provisions of 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72, and Local Rules MJR 3 and 4.

ORDER OF REFERENCE

DATED this 2nd day of May, 2022.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE