UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LON BIASCO,

        Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

        Defendant.

Case No. C22-0518-RSL-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, as well as plaintiff's objections and defendants' responses thereto, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendants' Motion to DISMISS (Dkt. # 13) is GRANTED.

(3)    This case is DISMISSED without prejudice.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 3rd day of October, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1